IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-22879-CMB |
| **John E. Schell Sr.,** | : | Chapter 7 |
| Debtor | : | |
| | : | Related to Document No. 10 |
| **John E. Schell Sr.,** | : | |
| Movant | : | |
| vs. | : | |
| Jeffrey J. Sikirica, **Esquire,** Chapter 7 Trustee, Respondent | : | |

## ORDER

**AND NOW**, on this ___6th___ day of ___August___, 2019, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file his Completed Schedules, Pay Advices and Declaration Regarding Electronic Filing be hereby extended to and including August 12, 2019.

BY THE COURT:

_Carlota M. Böhm_  glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
8/6/19 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                              Case No. 19-22879-CMB
John E Schell, Sr                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 1         Date Rcvd: Aug 06, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2019.
db              +John E Schell, Sr,   301 Tricia Ln,   Butler, PA 16001-0785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

```
                ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2019 at the address(es) listed below:
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
              Lawrence W. Willis    on behalf of Debtor John E Schell, Sr ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 3