# United States Bankruptcy Court
## Western District of Pennsylvania

In re  John E Schell, Sr
_____
Debtor(s)

Case No.  19-22879
Chapter  7

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, John E Schell, Sr, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

[✓]  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

[ ]  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

[ ]  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  August 11, 2019

Signature  /s/ John E Schell, Sr
John E Schell, Sr
Debtor