Case 19-22879-CMB    Doc 22    Filed 11/09/19    Entered 11/10/19 00:41:55    Desc Imaged
Certificate of Notice    Page 1 of 3

**Form 016**

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

21 − 20  
gamr

In re:   Bankruptcy Case No.: 19−22879−CMB

Chapter: 7

**John E Schell Sr**
  Debtor(s)

**ORDER OF COURT**

   **AND NOW,** in Pittsburgh in said district this The 7th of November, 2019;

   **IT IS HEREBY ORDERED** that the Debtor(s) and/or Counsel for the Debtor(s) shall appear on December 5, 2019 at 01:30 PM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **TO SHOW CAUSE WHY** the above−captioned case should not be **DISMISSED for Debtor(s) failure to attend scheduled Section 341 Meetings.**

<br>

Carlota M. Bhm  
Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                          Case No. 19-22879-CMB
John E Schell, Sr                                               Chapter 7
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: gamr                 Page 1 of 2              Date Rcvd: Nov 07, 2019
                               Form ID: 016               Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db             +John E Schell, Sr,    301 Tricia Ln,    Butler, PA 16001-0785
15090368       +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15090369       +Citifinancial,    Po Box 6217,    Sioux Falls, SD 57117-6217
15090370       +Citizens Bank Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
15090371       +Collection Service Cen,    Pob 560,    New Kensington, PA 15068-0560
15102539       +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
15090377       +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2019 03:04:43
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
15090366       +E-mail/Text: ally@ebn.phinsolutions.com Nov 08 2019 02:45:07     Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15090367       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 08 2019 02:45:39
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1837
15090372       +E-mail/Text: bdsupport@creditmanagementcompany.com Nov 08 2019 02:45:39
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
15090373       +E-mail/Text: bankruptcy@huntington.com Nov 08 2019 02:45:24     Huntington National Ba,
                 Po Box 1558,    Columbus, OH 43216-1558
15090375       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 02:52:27     Syncb/care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15090376       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 02:52:26     Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
15090775       +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2019 02:52:27     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, A Delaware Limited Li
15102530*      +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15102531*      +Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
15102532*      +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15102533*      +Citifinancial,    Po Box 6217,    Sioux Falls, SD 57117-6217
15102534*      +Citizens Bank Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
15102535*      +Collection Service Cen,    Pob 560,    New Kensington, PA 15068-0560
15102536*      +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15102537*      +Huntington National Ba,    Po Box 1558,    Columbus, OH 43216-1558
15102538*      +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
15102540*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
15102541*      +Syncb/lowes,   Po Box 965005,    Orlando, FL 32896-5005
15102542*      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
15090374      ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                         TOTALS: 1, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: gamr                  Page 2 of 2                  Date Rcvd: Nov 07, 2019
                               Form ID: 016                Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
    James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
     Liability Company bkgroup@kmllawgroup.com
    Jeffrey J. Sikirica    trusteesikirica@zoominternet.net, PA59@ecfcbis.com
    Lawrence W. Willis    on behalf of Debtor John E Schell, Sr ecf@westernpabankruptcy.com,
     urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                     TOTAL: 4