# PROCEEDING MEMO

Date: 12/05/2019 01:30 pm

In re:   John E Schell, Sr

                                        Bankruptcy No. 19-22879-CMB
                                        Chapter: 7
                                        Doc. # 20

**Appearances:**  NO appearances

**Nature of Proceeding:** #21 Rule To Show Cause Hearing why case should not be dismissed for failure of Debtor to attend Section 341 Meetings of Creditors

**Additional Pleadings:** #20 - Virtual Entry - Debtor has failed to attend the scheduled meeting of creditors. Trustee recommends that the court dismiss the bankruptcy case. Filed by Jeffrey J. Sikirica
               #21 Rule To Show Cause Hearing why case should not be dismissed for failure of Debtor to attend Section 341 Meetings of Creditors

**Judge's Notes:**  *No one appeared*

Case dismissed

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
12/5/19 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA