Form 302

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**John E Schell Sr**
   Debtor(s)

Bankruptcy Case No.: 19–22879–CMB

Chapter: 7
Docket No.: 24 – 23

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED.**

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy petition had not been filed.

Dated: December 5, 2019

Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-22879-CMB
John E Schell, Sr                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Dec 05, 2019
                              Form ID: 302            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db          +John E Schell, Sr,    301 Tricia Ln,    Butler, PA 16001-0785
15090369    +Citifinancial,    Po Box 6217,    Sioux Falls, SD 57117-6217
15090370    +Citizens Bank Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
15090371    +Collection Service Cen,    Pob 560,    New Kensington, PA 15068-0560
15102539    +Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: PRA.COM Dec 06 2019 07:48:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
15090366    +EDI: GMACFS.COM Dec 06 2019 07:48:00      Ally Financial,    P.o. Box 380901,
              Bloomington, MN 55438-0901
15090367    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 06 2019 03:08:44
              Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
15090368    +EDI: CITICORP.COM Dec 06 2019 07:48:00      Citicards Cbna,    Po Box 6217,
              Sioux Falls, SD 57117-6217
15090372    +E-mail/Text: bdsupport@creditmanagementcompany.com Dec 06 2019 03:08:44
              Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15090373    +E-mail/Text: bankruptcy@huntington.com Dec 06 2019 03:08:20      Huntington National Ba,
              Po Box 1558,    Columbus, OH 43216-1558
15090375    +EDI: RMSC.COM Dec 06 2019 07:48:00      Syncb/care Credit,    C/o Po Box 965036,
              Orlando, FL 32896-0001
15090376    +EDI: RMSC.COM Dec 06 2019 07:48:00      Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
15090775    +EDI: RMSC.COM Dec 06 2019 07:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
15090377    +EDI: CITICORP.COM Dec 06 2019 07:48:00      Thd/cbna,    Po Box 6497,
              Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, A Delaware Limited Li
15102530*    +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15102531*    +Bayview Loan Servicing,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
15102532*    +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
15102533*    +Citifinancial,    Po Box 6217,    Sioux Falls, SD 57117-6217
15102534*    +Citizens Bank Na,    480 Jefferson Blvd,    Warwick, RI 02886-1359
15102535*    +Collection Service Cen,    Pob 560,    New Kensington, PA 15068-0560
15102536*    +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15102537*    +Huntington National Ba,    Po Box 1558,    Columbus, OH 43216-1558
15102538*    +Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
15102540*    +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
15102541*    +Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
15102542*    +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
15090374   ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 1, * 12, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: gamr                Page 2 of 2              Date Rcvd: Dec 05, 2019
                              Form ID: 302              Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2019 at the address(es) listed below:

          James   Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, A Delaware Limited
Liability Company bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,  PA59@ecfcbis.com
          Lawrence W. Willis    on behalf of Debtor John E Schell, Sr ecf@westernpabankruptcy.com,
urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

                                                                                                        TOTAL: 4